| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Rodriguez, Xavier | 2. Court or Organization Western District of Texas | 3. Date of Report 05/11/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |
| 7. Chambers or Office Address 655 E. Cesar E. Chavez Blvd. San Antonio, Texas 78206 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, San Antonio Chapter |
| 2. | Regent | Texas Lutheran University |
| 3. | Board Member | St. Luke's Lutheran Health Ministries |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | St. Mary's Univ. School of Law - teaching | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Comal I.S.D. - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | January 10-12, 2018 | Austin, Texas | Deliver CLE speech | hotel, mileage |
| 2. | State Bar of Texas | January 18-19, 2018 | Dallas, Texas | Deliver CLE speech | hotel, airfare, taxi, meals |
| 3. | LegalTech | January 29-February 1, 2018 | New York, NY | Deliver CLE speech | hotel, airfare, taxi, meals |
| 4. | State Bar of Texas | February 14-16, 2018 | New Orleans, LA | Deliver CLE speech | hotel, mileage, airfare, meals |
| 5. | NYU School of Law | March 29-31, 2018 | New York, NY | Attend Civil Jury Project workshop | airafre, meals, taxi |
| 6. | State Bar of Texas | April 12-14, 2018 | El Paso, TX | Attend State Bar meeting | airfare, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 05/11/2019 |

| | | | | |
|---|---|---|---|---|
| 7. State Bar of Texas | April 17-18, 2018 | Austin, Texas | Attend State Bar meeting | mileage, parking, meals |
| 8. State Bar of Texas | April 25-27, 2018 | Washington, DC | Attend State Bar meeting | airfare, hotel, meals, taxi |
| 9. Lawyers for Civil Justice | May 3-4, 2018 | Washington, DC | Deliver CLE speech | airfare, hotel, taxi, meals |
| 10. State Bar of Texas | June 7, 2018 | Austin, TX | Attend State Bar meeting | mileage |
| 11. State Bar of Texas | June 20-22, 2018 | Houston, TX | Attend State Bar meeting | hotel, mileage, meals |
| 12. State Bar of Texas | June 26, 2018 | Austin, TX | Attend State Bar meeting | mileage |
| 13. State Bar of Texas | August 29, 2018 | Dallas, TX | Deliver CLE speech | airfare, taxi. meals |
| 14. State Bar of Texas | September 5, 2018 | Houston, TX | Deliver CLE speech | airfare, taxi |
| 15. State Bar of Texas | September 7, 2018 | Austin, TX | Attend State Bar meeting | mileage |
| 16. State Bar of Texas | September 20-22, 2018 | Glen Rose, TX | Attend State Bar meeting | milege, hotel |
| 17. Relativity | September 28-October 1, 2018 | Chicago, IL | Deliver CLE speech | hotel, airfare, meals, taxi |
| 18. Georgetown Univ. | November 15-16, 2018 | Washington, DC | Deliver CLE speech | hotel, airfare, taxi, meals |
| 19. State Bar of Texas | November 29-30, 2018 | Waco, TX | Attend State Bar meeting | hotel, mileage, meals |
| 20. State Bar of Texas | December 5-6, 2018 | Austin, TX | Attend State Bar meeting | mileage |
| 21. State Bar of Texas | December 6-7, 2018 | Austin, TX | Attend State Bar meeting | hotel, meals, parking, mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rodriguez, Xavier** | 05/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity IRA Baron Growth | A | Dividend | K | T | | | | | |
| 2. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 3. Fidelity IRA Low Priced Stock | A | Dividend | L | T | | | | | |
| 4. Fidelity IRA Puritan | A | Dividend | M | T | | | | | |
| 5. Fidelity IRA Intermediate Bond | A | Dividend | | | Merged (with line 4) | 01/26/18 | J | | |
| 6. Fidelity IRA Oakmark Equity Income | A | Dividend | | | Merged (with line 4) | 01/26/18 | J | | |
| 7. Frost National Bank Market Index | A | Interest | K | T | | | | | |
| 8. Frost National Bank | A | Interest | K | T | | | | | |
| 9. American Balanced Fund | A | Dividend | L | T | | | | | |
| 10. American Balanced Fund - 529 | A | Dividend | K | T | Sold (part) | 01/12/18 | K | | |
| 11. Fidelity IRA FBALX | A | Dividend | K | T | Sold (part) | 07/20/18 | K | | moved to 15 |
| 12. Fidelity IRA Int'l Discovery | A | Dividend | J | T | | | | | |
| 13. Fidelity IRA Contrafund | A | Dividend | M | T | | | | | |
| 14. Fidelity IRA Emerging Markets | A | Dividend | J | T | | | | | |
| 15. Teacher Retirement System of Texas | A | Dividend | L | T | | | | | |
| 16. Firstmark | A | Interest | J | T | | | | | |
| 17. Royalty Interest, Lavaca County, Texas | A | Royalty | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity IRA Leveraged Co. Stock | A | Dividend | | | Merged (with line 4) | 01/26/18 | J | | |
| 19. Fidelity IRA Strategic Income | A | Dividend | L | T | | | | | |
| 20. Fidelity Yacktman Focused | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 05/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Xavier Rodriguez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544